IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| POWERMAX, INC. | * | |
| | * | |
| Debtor. | * | |
| * * * * * * * * * * * * * * * * | * | |
| | * | |
| POWERMAX, INC. | * | Case No.: 14-13996-TJC |
| | * | Chapter 11 |
| Plaintiff, | * | |
| | * | |
| v. | * | Adv. No.: 15-00189 |
| | * | |
| TURNER CONSTRUCTION COMPANY | * | |
| | * | |
| and | * | |
| | * | |
| PERSTAR M STREET PARTNERS, LLC | * | |
| c/o OTO DEVELOPMENT | * | |
| | * | |
| Defendants. | * | |
| | * | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff PowerMax, Inc. and Defendants Turner Construction Company and PerStar M Street Partners, LLC (collectively, the "Parties"), through undersigned counsel and pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, now file this Stipulation of Dismissal With Prejudice signed by counsel for all parties to this action. Through this filing, Plaintiff dismisses this action with prejudice. The Parties agree that each party shall bear its own costs, including attorneys' fees.

5/48054.1

Dated:  December 7, 2015	Respectfully submitted,

/s/ Eric A. Frechtel
Eric A. Frechtel (Bar No. 24945)
Email: efrechtel@babc.com
Kevin B. Mattingly (Bar No. 29610)
Email: kmattingly@babc.com
Bradley Arant Boult Cummings LLP
1615 L Street NW, Suite 1350
Washington, DC  20036
Phone: (202) 393-7150
Fax: (202) 347-1684

*Attorneys for Defendants*

/s/ Steven L. Goldberg
James M. Greenan (Bar No. 08623)
Email: jgreenan@mhlawyers.com
Steven L. Goldberg (Bar No. 28089)
Email: sgoldberg@mhlawyers.com
McNamee Hosea Jernigan Kim Greenan & Lynch, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, MD  20770
Phone: (301) 441-2420
Fax: (301) 982-9450

*Attorneys for Plaintiff*